KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
MIGUEL FELIX LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00325-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| CARLOS ALFREDO OLAZABAL, MIGUEL FELIX LOPEZ. | Date:   May 23, 2014 Time:  9:00 am. Judge:  Honorable Garland E. Burrell, Jr. |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff, together with Adam Koppekin, attorney for defendant Carlos Olazabal and Kyle Knapp, attorney for defendant Miguel Felix-Lopez that the previously-scheduled status conference, currently set for May 23, 2014, be vacated and that the matter be set for status conference on July 11, 2014 at 9:00 a.m.

Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the discovery, meet again with our clients, investigate possible defenses and to continue exploring the relevant sentencing guidelines that would apply

to our respective clients.  In addition, the task of communicating with our respective clients has been hindered to a degree as each defendant's primary language is Spanish and an interpreter is needed to facilitate communications.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act shall therefore be excluded under 18 U.S.C. Section 3161(h)(7) (A) and (B) (iv), corresponding to Local Code T-4 (to allow defense counsel reasonable time to prepare) from the date of the parties' stipulation, May 20, 2014 up to and including July 11, 2014.

IT IS SO STIPULATED.

Dated:  May 20, 2014                                                 BENJAMIN B. WAGNER
                                                                             UNITED STATES ATTORNEY

                                                            by:      /s/ Samuel Wong_____
                                                                             SAMUEL WONG
                                                                             Assistant U.S. Attorney
                                                                             Attorney for Plaintiff

Dated:  May 20, 2014                                                 /s/ Adam M. Koppekin_____
                                                                             ADAM M. KOPPEKIN
                                                                             Attorney for Defendant
                                                                             Carlos Alfredo Olazabal

Dated:  May 20, 2014                                                 /s/ Kyle R. Knapp____
                                                                             KYLE KNAPP
                                                                             Attorney for Defendant
                                                                             MIGUEL FELIX LOPEZ

## [PROPOSED] ORDER

The Stipulation of the parties in its entirety is hereby accepted and adopted as the Court's Order.  The requested continuance is GRANTED.  This matter shall be dropped from this court's May 23, 2014 criminal calendar and re-calendared for status conference on July 11, 2014.

Based on the representations of the parties the court finds that:  (1) the failure to grant such a continuance in this case would deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  The Court orders that the time period from the filing of the parties' stipulation on May 20, 2014, through and including the July 11, 2014, status conference shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act.

**IT IS SO ORDERED**.

Dated:  May 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge