KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
MIGUEL FELIX LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CARLOS ALFREDO OLAZABAL,<br>MIGUEL FELIX LOPEZ.<br><br>　　　　Defendants. | No. 2:13-CR-00325-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:  November 14, 2014<br>Time:  9:00 am.<br>Judge:  Honorable Garland E. Burrell, Jr. |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff, together with Adam Koppekin, attorney for defendant Carlos Olazabal and Kyle Knapp, attorney for defendant Miguel Felix-Lopez that the previously-scheduled status conference, currently set for November 14, 2014, be vacated and that the matter be set for status conference on January 23, 2015 at 9:00 a.m.

　　　Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the discovery, meet again with our clients, investigate possible defenses and to continue exploring the relevant sentencing guidelines that would apply

to our respective clients.  Most importantly, the parameters of a plea agreement are being discussed with our respective clients and additional time is needed to finalize negotiations.

     IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act shall therefore be excluded under 18 U.S.C. Section 3161(h)(7) (A) and (B) (iv), corresponding to Local Code T-4 (to allow defense counsel reasonable time to prepare) from the date of the parties' stipulation, November 13, 2014 up to and including January 23, 2015.

IT IS SO STIPULATED.

Dated:  November 13, 2014            BENJAMIN B. WAGNER  
                                                       UNITED STATES ATTORNEY

                                       by:     /s/ Samuel Wong  
                                                           SAMUEL WONG  
                                                           Assistant U.S. Attorney  
                                                           Attorney for Plaintiff

Dated:  November 13, 2014            /s/ Adam M. Koppekin  
                                                       ADAM M. KOPPEKIN  
                                                       Attorney for Defendant  
                                                       Carlos Alfredo Olazabal

Dated:  November 13, 2014            /s/ Kyle R. Knapp  
                                                      KYLE KNAPP  
                                                      Attorney for Defendant  
                                                      MIGUEL FELIX LOPEZ

**[PROPOSED] ORDER**

The Stipulation of the parties in its entirety is hereby accepted and adopted as the Court's Order. The requested continuance is GRANTED. This matter shall be dropped from this court's November 14, 2014 criminal calendar and re-calendared for status conference on January 23, 2015.

Based on the representations of the parties the court finds that: (1) the failure to grant such a continuance in this case would deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The Court orders that the time period from the filing of the parties' stipulation on November 13, 2014, through and including the January 23, 2015, status conference shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7) (A) and (B) (iv), corresponding to Local Code T-4 (to allow defense counsel reasonable time to prepare).

**IT IS SO ORDERED**.
Dated: November 13, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge