KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
MIGUEL FELIX LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CARLOS ALFREDO OLAZABAL,<br>MIGUEL FELIX LOPEZ.<br><br>  Defendants. | No. 2:13-CR-00325-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:  May 15, 2015<br>Time:  9:00 am.<br>Judge:  Honorable Garland E. Burrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff, together with Adam Koppekin, attorney for defendant Carlos Olazabal and Kyle Knapp, attorney for defendant Miguel Felix-Lopez that the previously-scheduled status conference, currently set for May 15, 2015, be vacated and that the matter be set for status conference on June 5, 2015 at 9:00 a.m.

   Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the plea agreement, meet with our clients regarding the details and finally have it translated into Spanish should it be acceptable .

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act shall therefore be excluded under 18 U.S.C. Section 3161(h)(7) (A) and (B) (iv), corresponding to Local Code T-4 (to allow defense counsel reasonable time to prepare) from the date of the parties' stipulation, May 12, 2015 up to and including June 5, 2015.

IT IS SO STIPULATED.

Dated:  May 12, 2015                                  BENJAMIN B. WAGNER
                                                      UNITED STATES ATTORNEY

                                             by:     /s/ Samuel Wong
                                                      SAMUEL WONG
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

Dated:  May 12, 2015                                  /s/ Adam M. Koppekin
                                                      ADAM M. KOPPEKIN
                                                      Attorney for Defendant
                                                      Carlos Alfredo Olazabal

Dated:  May 12, 2015                                  /s/ Kyle R. Knapp
                                                      KYLE KNAPP
                                                      Attorney for Defendant
                                                      MIGUEL FELIX LOPEZ

# [PROPOSED] ORDER

The Stipulation of the parties in its entirety is hereby accepted and adopted as the Court's Order.  The requested continuance is GRANTED.  This matter shall be dropped from this court's May 15, 2015 criminal calendar and re-calendared for status conference on June 5, 2015, 2015.

Based on the representations of the parties the court finds that:  (1) the failure to grant such a continuance in this case would deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  The Court orders that the time period from the filing of the parties' stipulation on May 12, 2015, through and including the June 5, 2015, status conference shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7) (A) and (B) (iv), corresponding to Local Code T-4 (to allow defense counsel reasonable time to prepare).

**IT IS SO ORDERED**.
Dated:  May 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge