**I. MARK BLEDSTEIN ESQ., SBN: 47482**

**ADAM M. KOPPEKIN, ESQ. SBN 225267**

LAW OFFICE OF I. MARK BLEDSTEIN
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)995-0801
Fax: (818)981-6098
E-mail: imblaw@pacbell.net

Attorney for Defendant
CARLOS ALFREDO OLAZABAL

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00325 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| CARLOS ALFREDO OLAZABAL, et al., | Date: July 10, 2015 Time: 9:00 A.M. |
| Defendants. | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Samuel Wong, Assistant United States Attorney; defendant CARLOS ALFREDO OLAZABAL, by and through his counsel, Adam M. Koppekin, and MIGUEL FELIX LOPEZ, by and through his counsel, Kyle Knapp, that the status conference presently scheduled for July 10, 2015 be vacated and rescheduled for Status Conference on July 17, 2015 at 9:00A.M.

Counsel for CARLOS ALFREDO OLAZABAL is engaged in trial on a multi-defendant theft robbery case, ***People v Samuel Blanco, Case No. BA416708***. Counsel respectfully requests a one week continuance to finalize review of the plea agreement, meet with our clients regarding details.

1

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act shall therefore be excluded under 18 U.S.C. Section 3161(h)(7) (A) and (B) (iv), corresponding to Local Code T-4 (to allow defense counsel reasonable time to prepare) from the date of the parties' stipulation, July 7, 2015 up to and including July 17, 2015.

Dated: July 7, 2015

Respectfully submitted,

LAW OFFICE OF I. MARK BLEDSTEIN

*/s./ Adam M. Koppekin*

Adam M. Koppekin
Attorney for Defendant
CARLOS ALFREDO OLAZABAL

*/s./ Kyle Knapp*

KYLE KNAPP
Attorney for Defendant
MIGUEL FELIX LOPEZ

BENJAMIN WAGNER
UNITED STATES ATTORNEY
/s/ Samuel Wong
By:
SAMUEL WONG
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

The Stipulation of the parties in its entirety is hereby accepted and adopted as the Court's Order. The requested continuance is GRANTED. This matter shall be dropped from this court's July 10, 2015 criminal calendar and re-calendared for status conference on July 17, 2015.

Based on the representations of the parties the court finds that: (1) the failure to grant such a continuance in this case would deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The Court orders that the time period from the filing of the parties' stipulation on July 7, 2015, through and including the July 17, 2015, status conference shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7) (A) and (B) (iv), corresponding to Local Code T-4 (to allow defense counsel reasonable time to prepare).

**IT IS SO ORDERED.**

Dated:  July 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge